Submitted on respondent's motion for reconsideration filed October 2, 1992, motion for reconsideration allowed; opinion (115 Or App 159, 836 P2d 1359) adhered to as modified; award of attorney fees reversed; otherwise affirmed February 17, petitioners' petition for reconsideration denied February 17, petition for review denied April 20, 1993 (316 Or 142)

In the Matter of the Compensation of
Betty J. Smith-Sanders, Claimant.

MEIER & FRANK CO.
and May Department Stores Company,
*Petitioners,*

*v.*

Betty J. SMITH-SANDERS,
*Respondent.*

(89-18180; CA A69500)

846 P2d 1194

Jerald P. Keene, Portland, *contra.*

Before Richardson, Chief Judge, and Deits and Durham, Judges.

DEITS, P. J.

**DEITS, P. J.**

■ Claimant moves for reconsideration of our opinion. 115 Or App 159, 836 P2d 1359 (1992). We allow reconsideration on the issue of attorney fees. We reversed the Board's award of attorney fees for services related to medical services and for services related to claimant's entitlement to temporary total disability. However, as employer agrees, that part of the award of fees based on the temporary total disability dispute was not challenged on review. Accordingly, we modify the disposition to reverse only that portion of the award of attorney fees related to the medical services dispute.

■ We also note that the designation of employer as the prevailing party does not preclude claimant from seeking attorney fees under ORS 656.382(2).

Motion for reconsideration allowed; opinion adhered to as modified; award of attorney fees related to medical services reversed; otherwise affirmed.